WILLIAM GRONEWEG ET AL. V. G. D. MATHEWSON.

MOLINE PLOW COMPANY V. G. D. MATHEWSON.

52  591<br>57  503

FILED NOVEMBER 4, 1897.   Nos. 7529, 7530.

Bill of Exceptions: AUTHENTICATION. In order to authenticate a document filed here as either the original bill of exceptions settled and filed in the district court or a transcript thereof, a certificate of the clerk of that court is essential.

ERROR from the district court of Lincoln county. Tried below before NEVILLE, J.    *Affirmed.*

*T. C. Patterson* and *Grimes & Wilcox,* for plaintiffs in error.

*T. Fulton Gantt, contra.*

IRVINE, C.

The records in these two cases are substantially alike. They are both proceedings in error from orders of the district court of Lincoln county discharging attachments. The questions presented require for their determination a review of the evidence. This cannot be had, because what purports to be the bill of exceptions is not authenticated by a certificate of the clerk as either the original bill settled and filed in the district court or a transcript thereof.

AFFIRMED.